GCT

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

District for the Minnesota

RECEIVED BY MAIL

FEB 24 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

25-cv-00705-JRT-JFD

Felipe Cabrera Sarabia
*Petitioner*

v.

Warden FCI Sandstone
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. ______________
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Felipe Cabrera Sarabia
   (b) Other names you have used: ______________
2. Place of confinement:
   (a) Name of institution: FCI Sandstone
   (b) Address: P.O. Box 1000
   (c) Your identification number: 55026-424
3. Are you currently being held on orders by:
   ☒ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court Northern District of Illinois
   (b) Docket number of criminal case: 1:09-cr-383
   (c) Date of sentencing: 7/25/23
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: ______________

SCANNED
FEB 24 2025
U.S. DISTRICT COURT MPLS

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: ______

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Federal Bureau of Prisons

(b) Docket number, case number, or opinion number: ______

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

The BOP is awarding good conduct time credits with respect to a 128 month sentence. Petitioner contends that he should be awarded good conduct time credits commensurate with his 230 month sentence

(d) Date of the decision or action: ______

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❐ Yes ❐ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❐ Yes ❐ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Cabrera is entitled to 1035 good conduct time credits, but is only being assigned 575 good conduct time credits. The BOP awards good conduct time credits in accordance with 18 U.S.C. § 3624 (b). Under that provision, federal prisoners receive 54 days of GCT for each year of the sentence imposed by the Court. Cabrera's Court imposed a 230 month sentence. A term of 230 months would be entitled to earn 1035 good conduct time credits ($230 \text{ months} \times \frac{1 \text{ year}}{12 \text{ months}} \times 54 \frac{\text{days}}{\text{year}} = 1035 \text{ days}$).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The BOP is only authorizing Cabrera to earn 575 good conduct time credits, which is the amount of credits a prisoner would earn with a 128 month sentence. Cabrera's sentencing court did not impose a 128-month sentence; it imposed a 230 month sentence, See Ex. A. Yet, Cabrera is only receiving good conduct time credits for a 128 month sentence. See Ex. B. Cabrera's administrative remedy requests and the BOP's responses are attached as Exhibit C.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

N/A

**Request for Relief**

15. State exactly what you want the court to do: Order the BOP to calculate Cabrera's good conduct time with respect to the 230 month sentence imposed by the Court and grant any other relief the Court deems just and equitable.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
2/14/25

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2/13/25

Felipe Cabrera S.
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*