**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

FELIPE CABRERA SARABIA,

Petitioner,

v.

WARDEN FCI SANDSTONE,

Respondent.

Civil No. 25-705 (JRT/JFD)

Civil No. 25-3653 (JRT/JFD)

**MEMORANDUM OPINION AND ORDER DENYING PENDING MOTIONS AND PETITION FOR WRIT OF HABEAS CORPUS AS MOOT**

---

Ruben Oliva, **ROJAS S. OLIVA, P.A.**, 15800 Pines Boulevard, Suite 206, Pembroke Pines, FL 33027; Thomas H. Shiah, **LAW OFFICES OF THOMAS H. SHIAH, LTD.**, 331 Second Avenue South, Suite 705, Minneapolis, MN 55401, for Petitioner in Civil No. 25-705.

Felipe Cabrera Sarabia, Reg. No. 55026-424, FCI—Sandstone, P.O. Box 1000, Sandstone, MN 55072, *pro se* Petitioner in Civil No. 25-3653.

Ana H. Voss, Trevor Brown, and Lucas B. Draisey, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Defendant.

Felipe Cabrera Sarabia is the Petitioner in two matters presently before this Court. Sarabia brings a motion to alter or amend judgment (Civ. No. 25-705, Sept. 15, 2025, Docket No. 13), seeking amendment of the Court's order dismissing his petition for writ of habeas corpus, and a second petition for writ of habeas corpus (Civ. No. 25-3653, Sept. 12, 2025, Docket No. 1.)

On August 1, 2023, the U.S. District Court for the Northern District of Illinois sentenced Cabrera Sarabia to the custody of the Bureau of Prisons for a term of 128 months after he pled guilty to distributing heroin in violation of 18 U.S.C. § 2.  (J. Crim. Case at 2, *United States v. Cabrera Sarabia,* Crim. No. 09-383(8) (N.D. Ill. Aug. 1, 2023).) On January 6, 2026, the sentencing court issued an amended judgment sentencing Cabrera Sarabia to a term of imprisonment of 230 months but noted that the "defendant shall receive credit for time served . . . in Mexico . . . ."  (Am. J. Crim. Case at 2, *United States v. Cabrera Sarabia,* Crim. No. 09-383(8) (N.D. Ill. Jan. 6, 2026).)  Then, on April 22, 2026, the sentencing court issued a second amended judgment, sentencing Sarabia to the custody of the Bureau of Prisons for a term of 207 months and again noting that the "defendant shall receive credit for time served . . . in Mexico . . . ."  (Am. J. Crim. Case at 2, *United States v. Cabrera Sarabia,* Crim. No. 09-383(8) (N.D. Ill. Apr. 22, 2026).)

The April 22, 2026 amended sentencing judgment resolves the claims Cabrera Sarabia raised in this District.  The Court, therefore, will dismiss both matters pending before it as moot.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.  Cabrera Sarabia's Petition for Writ of Habeas Corpus (Docket No. [1] in Civil No. 25-3653) is **DENIED as moot**.

2. Cabrera Sarabia's Motion to Alter or Amend Judgment (Docket No. [13] in Civil No. 25-705) is **DENIED as moot**.

3. Both matters are **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  August 13, 2026                                _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                             United States District Judge